# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>PATRICK C. SULLIVAN,<br><br>Defendant. | PO-21-5113-GF-JTJ<br><br>VIOLATION:<br>E1102265<br>Location Code: M13<br><br>ORDER |

Defendant, Patrick Sullivan was arrested in Glacier National Park on July 17, 2021. Mr. Sullivan posted a $150.00 appearance bond with Flathead County. An Order dismissing the violation was filed on September 20th, 2021.  Accordingly,

IT IS ORDERED that The Clerk of Court is directed to return the $150.00 bond to the defendant and mailed to the address provided to the Court by the Defendant.

DATED this 20th day of September, 2021.

_____
John Johnston
United States Magistrate Judge