# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PATRICK C. SULLIVAN, <br><br> Defendant. | PO-21-5113-GF-JTJ <br><br> VIOLATION: <br> E1102265 <br> Location Code: M13 <br><br> AMENDED ORDER |

Defendant, Patrick Sullivan was arrested in Glacier National Park on July 17, 2021. Mr. Sullivan posted a $1500.00 appearance bond with Flathead County. An Order dismissing the violation was filed on September 20th, 2021.  Accordingly,

IT IS ORDERED that The Clerk of Court is directed to return the $1500.00 bond to the defendant and mailed to the address provided to the Court by the Defendant.

DATED this 21th day of September, 2021.

John Johnston
United States Magistrate Judge